JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 23-1891 JGB (DTB) | Date | April 12, 2024 |
|---|---|---|---|
| Title | *Cory Lynn Abrams v. Loma Linda University Medical Center* | | |

Present: The Honorable  **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **Order DISMISSING Plaintiff's Complaint (Dkt. No. 1) (IN CHAMBERS)**

On September 15, 2023, pro se Plaintiff Cory Lynn Abrams filed a complaint against Defendant Loma Linda University Medical Center. ("Complaint," Dkt. No. 1.) On the same day, Abrams filed a request to proceed without prepayment of filing fees. ("IFP Request," Dkt. No. 3.) On October 19, 2023, the Court found that Abrams is able to pay the full filing fee, denied Abrams's IFP Request, and ordered that Abrams pay the full filing fee of $402 within thirty days. ("IFP Order," Dkt. No. 5.) The IFP Order warned Abrams that failure to timely pay the filing fee would result in dismissal of his Complaint. (Id.)

As of writing, Abrams has not paid the filing fee. Accordingly, the Court **DISMISSES** the Complaint. The Clerk is ordered to close the case.

**IT IS SO ORDERED.**